UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                    Civ. No. 22-39 GJF/KK

COLT KING COBRA REVOLVER
CAL: 357, SN: RA217008,

    Defendant.

## ORDER GRANTING DEFAULT JUDGMENT AND ORDER OF FORFEITURE

THIS MATTER is before the Court on the United States of America's "Motion for Default Judgment as to *Colt King Cobra Revolver CAL: 357, SN: RA217008*" [ECF 10] pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure. The Court, having reviewed the Motion and being fully advised in the premises, FINDS:

1. The statements contained in the Praecipe, Clerk's Certificate of Default, and Motion for Default Judgment are true.

2. The Court has jurisdiction over the parties, the subject matter of this action, and the power to enter this Default Judgment.

**IT IS THEREFORE ORDERED** that all right, title, and interest in the Defendant Colt King Cobra Revolver is forfeited to the United States, and title thereto vests in the United States.

**SO ORDERED**.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE
*Presiding by Consent*